IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| 315 UNION STREET HOLDINGS, LLC, | ) | |
| UNION STREET PLAZA OPERATIONS, LLC | ) | |
| MARK LINEBERRY, and KEITH WORSHAM, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:10-1109 |
| | ) | |
| v. | ) | JUDGE HAYNES |
| | ) | |
| BRANCH BANKING AND TRUST COMPANY, | ) | |
| PEACHTREE HOSPITALITY MANAGEMENT, | ) | |
| LLC, PEACHTREE HOTEL GROUP, LLC, | ) | |
| ROB MALE, CHRIS SWEITZER, and | ) | |
| GREG FRIEDMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to FRCP Rule 41(a)(1)(A), Plaintiff in this action hereby files this Notice of Voluntary Dismissal.

Respectfully submitted,

/s Elliott Ozment

Elliott Ozment, Attorney at Law
Law Offices of Elliott Ozment
1214 Murfreesboro Pike
Nashville, TN 37212
(615) 321-8888 (O)
(615) 321-5230 (F)
Email: elliott@ozmentlaw.com

## CERTIFICATE OF SERVICE

Service of the foregoing was accomplished through the Court's Electronic Filing System on this January 6, 2011, upon the following:

Stephen H. Price
Erika R. Barnes
Kevin P. Hartley
Stites & Harbison, PLLC
401 Commerce Street Suite 800
Nashville, TN 37219-2376

Gail Vaughan Ashworth
Wiseman Ashworth Law Group PLC
511 Union Street, Suite 720
Nashville, TN 37219-1877

Bob Alpert
W. Marion Wilson
Pelham Wilder IV
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

              s/Elliott Ozment

              Elliott Ozment, Attorney at Law
              Law Offices of Elliott Ozment
              1214 Murfreesboro Pike
              Nashville, TN 37212
              (615) 321-8888 (O)
              (615) 321-5230 (F)
              Email: elliott@ozmentlaw.com