IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| 315 UNION STREET HOLDINGS, LLC, UNION STREET PLAZA OPERATIONS, LLC, MARK LINEBERRY, and KEITH WORSHAM, | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:10-1109 JUDGE HAYNES |
| v. | ) ) | |
| BRANCH BANKING AND TRUST COMPANY, PEACHTREE HOSPITALITY MANAGEMENT, LLC, PEACHTREE HOTEL GROUP, LLC, ROB MALE, CHRIS SWEITZER, and GREG FRIEDMAN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## O R D E R

In accordance with the Plaintiff Mark Lineberry's notice of voluntary dismissal (Docket Entry No. 14), Plaintiff Keith Worsham's notice of voluntary dismissal (Docket Entry No. 15) and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and given that the other Plaintiffs have already been dismissed (Docket Entry No. 13), this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 7th day of January, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge