UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| 315 UNION STREET HOLDINGS, LLC, <br> UNION STREET PLAZA OPERATIONS, LLC, <br> MARK LINEBERRY, and KEITH WORSHAM, <br><br> Plaintiffs, <br> v. <br><br> BRANCH BANKING AND TRUST COMPANY, <br> PEACHTREE HOSPITALITY MANAGEMENT, <br> LLC, PEACHTREE HOTEL GROUP, LLC, <br> ROB MALE, CHRIS SWEITZER, and <br> GREG FRIEDMAN, <br><br> Defendants. | No. 3:10cv1109 <br> JUDGE HAYNES |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/11/2011.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk